UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br> Plaintiff <br><br> V. <br><br> PETER L. SYGNATOR AND MARYANNE BRONSON, <br> Defendants | 05-30165-MAP <br> CIVIL ACTION NO. |

## COMPLAINT FOR INTERPLEADER

1. This is a Complaint for Interpleader, brought pursuant to Federal Rule of Civil Procedure 22, and 28 U.S.C. §§1335, 1397 and 2361, to require the defendants to interplead and settle among themselves their rights to the proceeds of an annuity contract purchased by the late Edward T. Sygnator.

2. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1335. Venue is appropriate in this Court pursuant to 28 U.S.C. §1397 as one or more of the claimants reside in this judicial district.

### PARTIES

3. The plaintiff, Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), is a stock life insurance company incorporated under the law of Delaware. Its principal place of business is in Wellesley Hills, Massachusetts.

4. The defendant, Peter L. Sygnator ("Mr. Sygnator") is an individual who, upon information and belief, resides at 68 Chilson Street, Springfield, Massachusetts.

{H:\PA\Lit\15928\55024\A0815185.DOC}

5. The defendant, Maryanne Bronson ("Ms. Bronson") is an individual who, upon information and belief, resides at 20 Pilgrim Drive, Westfield, Massachusetts.

## FACTS

6. Edward T. Sygnator was the owner and annuitant of a tax deferred annuity contract No. KA1253294-01, with a contract date of May 8, 2002 ("the Contract").

7. Edward T. Sygnator originally designated the defendant, Maryanne (Sygnator) Bronson as the beneficiary of the Contract.

8. On December 27, 2002, Sun Life received a request to change the beneficiary of the Contract to the defendant, Peter L. Sygnator. This request was made by Helen S. Weeter, purportedly acting under a durable power of attorney for Edward T. Sygnator dated February 22, 1999.

9. Having received an Affidavit of Power of Attorney, along with a copy of the durable power of attorney, Sun Life made the requested change in beneficiary.

10. On or about June 29, 2003, Sun Life received a request to transfer the ownership of the Contract from Edward T. Sygnator to defendant, Peter L. Sygnator. This request was made by Peter L. Sygnator purportedly acting under a durable power of attorney for Edward T. Sygnator dated February 28, 2003.

11. Having received an Affidavit of Power of Attorney, along with a copy of the durable power of attorney, Sun Life transferred ownership of the annuity to Peter L. Sygnator.

12. On or about August 27, 2004, Sun Life received a request for a partial surrender of the maximum amount allowable from Peter L. Sygnator as owner of the Contract.

13. On September 1, 2004, a withdrawal in the amount of $5,273.09 was paid to Peter L. Sygnator as owner of the Contract.

14. Upon information and belief, Edward T. Sygnator died on December 11, 2004.

15. On or about February 8, 2005, Sun Life received a letter from defendant, Ms. Bronson claiming that the transfer of the beneficiary to Peter L. Sygnator was fraudulent.

16. Thus, a dispute exists among the defendants regarding who is the lawful beneficiary under the Contract and how the proceeds from the Contract should be distributed.

17. The defendants have claims against Sun Life such that it may be exposed to multiple liabilities for the proceeds of the Contract.

WHEREFORE, Sun Life requests that this Court grant the following relief:

a. That a declaratory judgment be entered declaring the interest that each defendant has in the proceeds of the Contract;

b. That each of the defendants be restrained from instituting any action against Sun Life related to the recovery of the proceeds of the Contract;

c. That Sun Life be allowed to deposit the proceeds of the Contract into this Court pending judgment;

d. That the defendants be required to interplead and settle among themselves the rights to the proceeds of the Contract and that Sun Life be discharged for all liability as to the recovery;

e. That Sun Life be dismissed from this action with prejudice;

f. That Sun Life be awarded its costs, including attorneys fees, and that this amount be deducted from the proceeds of the Contract; and

g. For such further relief as the Court may deem appropriate.

                          SUN LIFE ASSURANCE COMPANY OF
CANADA (U.S.)

By their attorneys,

_/s/ Kristina H. Allaire_
Joan O. Vorster, Esq., CT20230
Kristina H. Allaire, Esq., CT22072
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: July 12, 2005

{H:\PA\Lit\15928\55024\A0815185.DOC}       4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Sun Life Assurance Company of Canada (U.S.)

### DEFENDANTS
Peter L. Sygnator and Maryanne Bronson

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Hampden County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kristina H. Allaire & Joan O. Vorster, Mirick, O'Connell, DeMallie & Lougee, 100 Front Street, Worcester, MA 01608  (508) 791-8500

Attorneys (If Known)
05 - 30165 - MAP

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Action |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sections 1335, 1397 and 2361

Brief description of cause:
Complaint for Interpleader

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  July 12, 2005

SIGNATURE OF ATTORNEY OF RECORD  Kristina H. Allaire

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Sun Life Assur. Co. of Canada (U.S.) v. Peter L. Sygnator, et al__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    [✓] I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    [✓] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    [ ] IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    [ ] V. 150, 152, 153.

    **05 - 30165 - MAP**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES [ ]   NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES [✓]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES [✓]   NO [ ]

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division [ ]   Central Division [ ]   Western Division [✓]

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Kristina H. Allaire__
ADDRESS __100 Front Street, Worcester, MA 01608__
TELEPHONE NO. __(508) 791-8500__

(CategoryForm.wpd - 5/2/05)