UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30165-MAP

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), **Plaintiff** | ) ) ) ) ) **DEFENDANT, MARYANNE** ) **BRONSON'S ANSWER TO** ) **COMPLAINT AND DEMAND** |
| v. | ) **FOR TRIAL BY JURY** ) ) |
| PETER L. SYGNATOR AND MARYANNE BRONSON, **Defendant** | ) ) ) |

Now comes the defendant, Maryanne Bronson, by and through her attorney responds to the allegations of the Complaint for Interpleader as follows:

### FIRST DEFENSE

1.  The defendant admits the allegations contained in Paragraph 1 of the Complaint.

2.  The defendant admits the allegations contained in paragraph 2 of the Complaint.

3.  The defendant admits the allegations contained in paragraph 3 of the Complaint.

4.  The defendant admits the allegations contained in paragraph 4 of the Complaint.

5.  The defendant admits the allegations contained in Paragraph 5 of the Complaint.

6.  The defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.  The defendant admits the allegations contained in Paragraph 7 of the Complaint.

8. The defendant neither admits nor denies the allegations contained in Paragraph 8 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

9. The defendant neither admits nor denies the allegations contained in Paragraph 9 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

10. The defendant neither admits nor denies the allegations contained in Paragraph 10 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

11. The defendant neither admits nor denies the allegations contained in Paragraph 11 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

12. The defendant neither admits nor denies the allegations contained in Paragraph 12 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

13. The defendant neither admits nor denies the allegations contained in Paragraph 13 of the Complaint, as she is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein.

14. The defendant admits the allegations contained in Paragraph 14 of the Complaint.

15. The defendant admits the allegations contained in Paragraph 15 of the Complaint.

16. The defendant admits the allegations contained in Paragraph 16 of the Complaint.

17.   The defendant admits the allegations contained in Paragraph 17 of the Complaint.

## SECOND DEFENSE

Defendant, Maryann Bronson, claims an interest in the tax deferred annuity contract No. KA1253294-01 (hereinafter "contract") and other monies thereunder.

## THIRD DEFENSE

Defendant, Maryann Bronson, claims an interest in $5,273.09 which Plaintiff alleges was withdrawn from the contract by Peter L. Sygnator and other sums withdrawn by Peter Signator.

Wherefore, defendant, Maryann Bronson, requests that this Honorable Court enter a declaratory judgment declaring the interest of each defendant in the proceeds of the contract.

Defendant, Maryann Bronson, demands a trial by jury on all counts so triable.

DATE: November 18, 2005

Respectfully submitted,
Maryann Bronson, Defendant
By her Attorney,

_____
Daniel J. O'Connell, Esquire
BBO #550633
O'Connell & Plumb, P.C.
1500 Main Street
Tower Square, Suite 2308
P.O. Box 15168
Springfield, MA 01115-5168
(413) 733-9111 FAX (413) 733-9888

## CERTIFICATE OF SERVICE

I, Daniel J. O'Connell, hereby certify that I have served the foregoing document upon the parties to this action by faxing and mailing a copy thereof, first class, postage prepaid, to the following:

FAX (508) 791-8502
Kristina H. Allaire, Esquire
Mirick, O'Connell, DeMaillie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

FAX (413) 731-8924
Michael E. Mulcahy, Esquire
Brooks, Sanborn & Mulcahy, LLP
1537 Main Street
Springfield, MA 01103

_____
DANIEL J. O'CONNELL