UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

SUN LIFE ASSURANCE COMPANY OF CANADA

Check if previously referred: _____

V.

CA/CR No. 05-30165-MAP

PETER L. SYGNATOR, ET AL

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)       Referred for full pretrial case management, including all dispositive motions.

     X       Referred for full pretrial case management, <u>not</u> including dispositive motions:

(B)       Referred for discovery purposes only.

(C)       Referred for Report and Recommendation on:

         ( ) Motion(s) for injunctive relief
         ( ) Motion(s) for judgment on the pleadings
         ( ) Motion(s) for summary judgment
         ( ) Motion(s) to permit maintenance of a class action
         ( ) Motion(s) to suppress evidence
         ( ) Motion(s) to dismiss
         ( ) Post Conviction Proceedings[1]
         See Documents Numbered: _____

(D)       Case referred for events only. See Doc. No(s). _____

(E)       Case referred for settlement.

(F)       Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
         ( ) In accordance with Rule 53, F.R.Civ.P.
         ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)       Special Instructions: __RULE 16 SCHEDULING CONFERENCE__

11/21/2005
Date

By: /s/ Elizabeth A. French
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions