UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

SUN LIFE ASSURANCE COMPANY
OF CANADA (US)
       Plaintiff

v.                                                              C.A. No 05-30165 –MAP

PETER L. SYGNATOR, and
MARYANNE BRONSON,
       Defendants

---

## ANSWER AND COUNTERCLAIM OF PETER L. SYGNATOR

### ANSWER

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. The defendant Mr. Sygnator is without sufficient knowledge to admit of deny the allegation contained in paragraph 15 of the complaint.

16. If the allegation in paragraph 15 of the complaint is true then the allegation in paragraph of the complaint is admitted, otherwise it is denied.

17. To the extent the allegation in paragraph 17 is a legal conclusion, no answer is required.

## COUNTERCLAIM
### Peter L. Sygnator v. Marynne Bronson

18. The defendant Mr. Sygnator assisted in the care of his uncle Edward T. Sygnator in the latter stages of his life.

19. In December of 2002, Helen S. Weeter, under durable power of attorney for Edward T. Sygnator dated February 22, 1999 - in fulfillment of her fiduciary responsibility - lawfully, appropriately, and not under duress or undue influence, filed a request to change the beneficiary of the tax-deferred annuity from the defendant Maryann (Sygnator) Bronson to Peter L. Sygnator.

20. The defendant Mr. Sygnator withdrew $5,273.09 from the tax-deferred annuity, to use the funds for the health, benefit and welfare of Edward T. Sygnator in the latter stages of his life.

21. The defendant Mr. Sygnator is rightfully entitled to remain the sole beneficiary of the subject tax-deferred annuity.

WHEREFORE, Peter L. Sygnator requests that this court:

a. Enter judgment in his favor, including interest, costs, and attorney's fees;

b. Enter a declaratory judgment that the defendant Maryann (Sygnator) Bronson has no interest in the proceeds of the tax-deferred annuity.

c. Order the defendant Maryann (Sygnator) Bronson to pay any and all costs including attorneys' fees of the Plaintiff and the Defendant Peter L. Sygnator.

The Defendant Peter L. Sygnator

12 27.05
Date

By: Michael E. Mulcahy, his atty
Brooks Sanborn Mulcahy, LLP
1537 Main Street # 305
Springfield MA 01103
413-734-2156
413-731-8924
BBO: 561824
EMAIL: mem@skytechinfo.com

### CERTIFICATE OF SERVICE

On December 27, 2005 I, Michael E. Mulcahy hereby certify that I served a copy of this pleading upon all interested parties by faxing and mailing a copy of same to:

Atty Kristina Allaire, Mirick O'Connell et al 100 Front St., Worc., MA 01608 (fax 508-791-8502) and

Atty Daniel O'Connell, O'Connel & Plumb 1500 Main Street, SPFLD, MA 01103 (fax 413-733-9888)

Michael E. Mulcahy