UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br>    Plaintiff<br><br>V.<br><br>PETER L. SYGNATOR AND MARYANNE BRONSON,<br>    Defendants | CIVIL ACTION NO. 05-30165-MAP |

## JOINT STATEMENT

Pursuant to Local Rule 16.1, the plaintiff, Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), and the defendants, Maryanne Bronson and Peter L. Sygnator, hereby file this joint statement.

This is an action in interpleader in which Sun Life requests that the defendants settle among themselves their rights to the proceed of an annuity contract owned by the late Edward T. Sygnator.  Sun Life is a disinterested stakeholder who concedes liability.

The essence of the dispute is whether Ms. Bronson is entitled to the death benefits from the annuity contract, or whether a change in beneficiary form submitted by Helen S. Weeter purportedly acting under a durable power of attorney is effective in making Peter Sygnator the sole beneficiary of the annuity contract.

The defendants are in agreement that the disputed funds should be deposited with the court and that Sun Life should be discharged from any and all liability arising out of or based on the policies involved.  Sun Life is in the process of preparing the appropriate pleadings.  The only issue that remains with respect to Sun Life is the amount of attorneys fees and costs Sun

Life is entitled to recover from the fund. Ms. Bronson agrees that Sun Life is entitled to a reasonable fee.

Proposed Pre-Trial Schedule

Sun Life has no position on the pre-trial schedule, as it is its position that it should be dismissed from this case. The defendants propose the following pre-trial schedule:

1. Initial disclosures completed by February 10, 2006.

2. Amendments to pleadings by March 10, 2006.

3. Fact Discovery

    a. Written discovery requests must be served by April 7, 2006.

    b. All depositions, except expert depositions, must be completed by October 6, 2006.

4. Expert Discovery

    a. Trial experts must be designated and the information contemplated by Rule 26(a)(2), must be disclosed by November 3, 2006.

    b. Expert depositions must be completed by January 10, 2007.

5. Dispositive Motions

    a. Dispositive motions must be filed by February 9, 2007.

    b. Oppositions to dispositive motions must be filed within 20 days after service of the motion.

Trial by Magistrate

The parties do not consent to referral to a magistrate judge.

Certification

Certifications will be filed separately by the parties.

| PETER L. SYGNATOR | SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) |
|---|---|
| By his attorney, | By their attorneys, |
| _____/s/ Michael E. Mulchay (KHA)_____<br>Michael E. Mulcahy, Esq.<br>BBO #561824<br>Brooks, Sanborn & Mulcahy, LLP<br>1537 Main Street, #305<br>Springfield, MA 01103<br>Phone (413) 734-2156<br>Fax: (413) 731-8924 | /s/ Kristina H. Allaire<br>Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #550375<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

MARYANNE BRONSON

By her attorney,

/s/ Daniel J. O'Connell (KHA)
Daniel J. O'Connell, Esq.
BBO #550633
O'Connell & Plumb
1500 Main Street, Ste 2308
P.O. Box 15168
Springfield, MA 01115-5168
Phone: (413) 733-9111
Fax: (413) 733-9888

Dated: December 29, 2005

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael Mulcahy, Brooks, Sanborn & Mulcahy, LLP, 1537 Main Street, Springfield, MA 01103; Daniel O'Connell, O'Connell & Plumb, 1500 Main Street, Springfield, MA 01115.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: December 29, 2005