UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br>Plaintiff<br><br>V.<br><br>PETER L. SYGNATOR AND MARYANNE BRONSON,<br>Defendants | CIVIL ACTION NO. 05-30165-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Kristina H. Allaire, attorney for defendant, Sun Life Assurance Company of Canada (U.S.), and Anne J. Farina, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

/s/ Kristina H. Allaire
Joan O. Vorster, Esq. BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Anne J. Farina, Esq.
Senior Counsel
Sun Life Assurance Company of Canada (U.S.)
One Sun Life Executive Park, SC1335
Wellesley Hills, MA 02481

{H:\PA\Lit\15928\55024\A0870388.DOC}

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael Mulcahy, Brooks, Sanborn & Mulcahy, LLP, 1537 Main Street, Springfield, MA 01103; Daniel O'Connell, O'Connell & Plumb, 1500 Main Street, Springfield, MA 01115.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: January 3, 2006