UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUN LIFE ASSURANCE COMPANY
OF CANADA (US)
      Plaintiff

v.                                    C.A. No 05-30165 –MAP

PETER L. SYGNATOR, and
MARYANNE BRONSON,
      Defendants

### LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Michael E. Mulcahy, attorney for the Defendant Peter L. Sygnator, certify that I have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

1/4/06
Date

Michael E. Mulcahy, his atty
Brooks Sanborn Mulcahy, LLP
1537 Main Street # 305
Springfield MA 01103
413-734-2156
413-731-8924
BBO: 561824
EMAIL: mem@skytechinfo.com

## CERTIFICATE OF SERVICE

On January 4, 2006 I, Michael E. Mulcahy hereby certify that I served a copy of this pleading upon all interested parties by handing, ~~faxing, and mailing~~ a copy of same to:

Atty Kristina Allaire, Mirick O'Connell et al 100 Front St., Worc., MA 01608 (fax 508-791-8502) and

Atty Daniel O'Connell, O'Connel & Plumb 1500 Main Street, SPFLD, MA 01103 (fax 413-733-9888)

_____
Michael E. Mulcahy