# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30165-MAP

SUN LIFE ASSURANCE COMPANY )
OF CANADA (U.S.), )
        Plaintiff )
 )
v. )
 )
PETER L. SYGNATOR AND )
MARYANNE BRONSON, )
        Defendant )

## DEFENDANT, MARYANNE BRONSON, LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, Maryanne Bronson, and her Counsel certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course of the above-captioned litigation through tiral, and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the instant litigation through an ADR program.

DATE: November 18, 2005

Respectfully submitted,
Maryanne Bronson, Defendant

BY: _____
Daniel L. O'Connell, Esquire
BBO #550633
O'Connell & Plumb, P.C.
1500 Main Street
Tower Square, Suite 2308
P.O. Box 15168
Springfield, MA 01115-5168
(413) 733-9111 FAX (413) 733-9888

_____
MARYANNE BRONSON