UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUN LIFE ASSURANCE COMPANY OF )
CANADA (U.S.), )
        Plaintiff )
)
)
v. )  Civil Action No. 05-30165-MAP
)
)
PETER L. SYGNATOR and )
MARYANNE BRONSON, )
        Defendants )

SCHEDULING ORDER
January 4, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by February 10, 2006.

2. Amendments to the pleadings shall be filed by March 10, 2006.

3. All written discovery shall be served by April 7, 2006.

4. Non-expert depositions shall be completed by October 6, 2006.

5. Counsel shall appear for a case management conference on October 11, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                            /s/ Kenneth P. Neiman
                            KENNETH P. NEIMAN
                            U.S. Magistrate Judge