UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUN LIFE ASSURANCE COMPANY OF )
CANADA (U.S.), )
          Plaintiff )
)
)
    v. )    Civil Action No. 05-30165-MAP
)
)
PETER L. SYGNATOR and )
MARYANNE BRONSON, )
          Defendants )

ORDER
January 4, 2006

This action, by summons and complaint, claiming that the defendants be required to interplead together concerning their claims to funds in the hands of Sun Life and described in the complaint and other relief, came to this court on July 12, 2006 and thence to the present time when the parties appeared and were fully heard.

The court finds that all the allegations of the complaint are true and that the defendants should be required to interplead.

Whereupon, it is adjudged that:

(1) the defendants are required to interplead together by answers stating their respective claims to the Funds;

(2) that Sun Life is permitted to retain the sum of $3,000 from the funds for costs and attorney's fees incurred in this action;

(3) that Sun Life deliver the remainder of the funds to the Clerk of this court

to await the further and final order of this court; and

(4)   upon Sun Life's compliance with this Order and its production of copies of its file to the defendants, it is discharged from any and all liabilities to defendants relative to all matters in this litigation and shall thereupon be dismissed as a party.

IT IS SO ORDERED.

DATED: January 4, 2006

    /s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U. S. Magistrate Judge