UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30165-MAP

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br> Plaintiff <br><br> v. <br><br> PETER L. SYGNATOR AND MARYANNE BRONSON, <br> Defendant | CERTIFICATION OF COMPLIANCE AND REQUEST FOR DISCHARGE OF SUN LIFE ASSURANCE COMPANY |

Now come the Defendants, Maryanne Bronson and Peter L. Sygnator, and hereby certify that Sun Life Assurance Company of Canada (U.S.) (hereinafter "Sun Life") has complied with this Honorable Court's Order issued by the Honorable U.S. Magistrate, Kenneth P. Neiman on January 4, 2006, and request that the plaintiff, Sun Life be discharged as set forth in paragraph 4 of said Order.

In support thereof, Defendants state as follows:

1. Sun Life has produced a copy of its file to undersigned Counsel pursuant to paragraph 3 of the aforementioned Order; and

2. Sun Life, pursuant to paragraph 4 of the aforementioned Order, has deposited with the clerk of this Honorable Court the sum of $47,225.89.

Wherefore, Defendants, Maryann Bronson and Peter Sygnator, request that Sun Life Assurance Company of Canada (U.S.) be discharged from any and all liabilities to

Defendants relative to all matters in this litigation and be dismissed as a party.

|  |  |
|---|---|
| DATE: January 17, 2006 | Respectfully submitted,<br>Maryann Bronson, Defendant<br>By her Attorney,<br><br>_____<br>Daniel J. O'Connell, Esquire<br>BBO #550633<br>O'Connell & Plumb, P.C.<br>1500 Main Street<br>Tower Square, Suite 2308<br>P.O. Box 15168<br>Springfield, MA 01115-5168<br>(413) 733-9111 FAX (413) 733-9888 |
| DATE: January 17, 2006 | Respectfully submitted,<br>Peter L. Sygnator, Defendant<br>By his Attorney,<br><br>_____<br>Michael E. Mulcahy, Esquire<br>BBO # 561824<br>Brooks, Sanborn & Mulcahy, LLP<br>1537 Main Street<br>Springfield, MA 01103<br>(413) 734-2156<br>FAX: (413) 731-8924 |

## CERTIFICATE OF SERVICE

I, Daniel J. O'Connell, hereby certify that I have served the foregoing document upon the parties to this action by faxing and mailing a copy thereof, first class, postage prepaid, to the following:

Kristina H. Allaire, Esquire
Mirick, O'Connell, DeMaillie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Michael E. Mulcahy, Esquire
Brooks, Sanborn & Mulcahy, LLP
1537 Main Street
Springfield, MA 01103

_____
DANIEL J. O'CONNELL