UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION
CIVIL ACTION NO: 05-30165-MAP

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br>    Plaintiff<br><br>v.<br><br>PETER L. SYGNATOR AND MARYANNE BRONSON,<br>    Defendant<br><br>MARYANNE CARTER, f/k/a MARYANNE BRONSON,<br>    Defendant<br>    Plaintiff in Cross-Claim<br><br>vs.<br><br>PETER L. SYGNATOR,<br>    Defendant | PLAINTIFF IN CROSS-CLAIM, MARYANNE BRONSON, CROSS-CLAIM AS TO DEFENDANT, PETER L. SYGNATOR |

## PARTIES

1. Plaintiff in Cross-Claim is Maryanne Carter, f/k/a Maryanne Bronson is a natural person residing at 20 Pilgrim Drive, Westfield, Hampden County, Massachusetts.

2. Defendant in Cross-Claim, Peter L. Sygnator, is a natural person residing at 68 Chilson Street, Springfield, Hampden County, Massachusetts.

## **FACTS**

3. Edward T. Sygnator was the owner and annuitant of a tax deferred annuity contract No. KA1253294-01, with a contract date of **May 8, 2002** ("the Contract").

4. Edward T. Sygnator (at his own direction and power) designated the Plaintiff in Counter-Claim as the beneficiary of the Contract.

5. On **July 9, 2002**, Edward T. Sygnator (at his own direction and power) established a systematic withdrawal plan for the monthly interest in the contract.

6. On **December 27, 2002**, Helen S. Weeter, purportedly acting under a Power of Attorney dating back to **February 22, 1999**, changed the beneficiary of the Contract to the Defendant, Peter L. Sygnator. Six days later, on **February 28, 2003**, Edward Sygnator granted Power of Attorney to Defendant, Peter L. Sygnator.

7. On or about **June 29, 2003** Defendant, Peter L. Sygnator, directed Sun Life to:

   a. transfer ownership of the contract to himself;

   b. to cease issuance of annuity interest to Edward T. Sygnator;

   c. to allow the interest to accumulate in the annuity; and

   d. to change the mailing address from the Edward T. Sygnator's address to Defendant, Peter L. Sygnator's address.

## COUNT I

## BREACH OF FIDUCIARY DUTY

8. The Plaintiff in Counter-Claim incorporates by reference paragraphs 1 through 2, supra, and realleges the same as if originally stated herein.

9. The Defendant, Peter L. Sygnator breached his fiduciary duty when he:

   a. ceased issuance of annuity interest to Edward T. Sygnator;

   b. allowed the interest to accumulate in the annuity; and

10. changed the mailing address from the Edward T. Sygnator's address to Defendant, Peter L. Sygnator's address.

Wherefore, Plaintiff in Counter-Claim demands judgment against Defendant Peter L. Sygnator for Breach of Fiduciary Duty, together with interest, costs and attorney's fees and requests this Honorable Court enter judgment that Plaintiff, Maryann Bronson a/k/a Maryann Carter is the sole beneficiary of the tax deferred annuity, contract No. KA 1253294-01 and release the funds deposited with the clerk of this Honorable Court together with interest earned thereon to Plaintiff in Counter-Claim.

## COUNT II

## CONVERSION

11. The Plaintiff in Counter-Claim incorporates by reference paragraphs 1 through 10, supra, and realleges the same as if originally stated herein.

12. The Defendant, Peter L. Sygnator converted funds for his benefit against the intent of Edward T. Sygnator when he named himself as owner of the contract.

Wherefore, Plaintiff in Counter-Claim demands judgment against Defendant Peter L. Sygnator for Conversion, together with interest, costs and attorney's fees and requests this Honorable Court enter judgment that Plaintiff, Maryann Bronson a/k/a Maryann Carter is the sole beneficiary of the tax deferred annuity, contract No. KA 1253294-01 and release the funds deposited with the clerk of this Honorable Court together with interest earned thereon to Plaintiff in Counter-Claim.

DEFENDANT, MARYANN BRONSON,
DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Respectfully submitted,
Maryann Bronson, Defendant

DATE: February 17, 2006        By: _____
                                   Daniel J. O'Connell, Esquire
                                   BBO #550633
                                   O'Connell & Plumb, P.C.
                                   1500 Main Street - Suite 2308
                                   P.O. Box 15168
                                   Springfield, MA 01115-5168
                                   (413) 733-9111 FAX (413) 733-9888

## CERTIFICATE OF SERVICE

I, Daniel J. O'Connell, hereby certify that on this ___ day of February, 2006, I have served the foregoing document upon the parties to this action by faxing and mailing a copy thereof, first class, postage prepaid, to the following:

Kristina H. Allaire, Esquire
Mirick, O'Connell, DeMaillie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Michael E. Mulcahy, Esquire
Brooks, Sanborn & Mulcahy, LLP
1537 Main Street
Springfield, MA 01103

_____
DANIEL J. O'CONNELL