UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY<br>OF CANADA (U.S.),<br>　　　　Plaintiff<br><br>　　v.<br><br><br>PETER L. SYGNATOR and<br>MARYANNE BRONSON,<br>　　　　Defendants<br><br><br>　　v.<br><br>MARYANNE CARTER, f/k/a<br>MARYANNE BRONSON,<br>　　　　Defendant<br>　　　　Plaintiff in Cross-Claim,<br><br><br>　　v.<br><br>PETER L. SYGNATOR,<br>　　　　Defendant | Civil Action No.  05-30165-MAP |

SCHEDULING ORDER
October 12, 2006

NEIMAN, C.M.J.

　　　The following schedule was established at the case management conference yesterday:

　　　1.　　All remaining discovery shall be completed by December 1, 2006.

　　　2.　　Counsel shall appear for a pretrial conference on December 21, 2006, at

　　　　　　3:00 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in

accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: October 12, 2006

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge