UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PETER SYGNATOR**
       (Cross Claimant)

      V.                        CA 05-30165-MAP

**MARYANNE BRONSON**
       (Cross defefendant)

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.

DATED:   December 21, 2006

                        SARAH THORNTON
                        CLERK


                    BY:   /s/Elizabeth A. French
                        Elizabeth A. French
                        Deputy Clerk