UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUN LIFE ASSURANCE COMPANY
OF CANADA (US)
        Plaintiff

v.                                                  C.A. No 05-30165 –MAP

PETER L. SYGNATOR, and
MARYANNE BRONSON,
        Defendants

## ASSENTED-TO MOTION TO RELEASE
## COURT-HELD FUNDS TO
## PETER L. SYGNATOR

    The Defendant Peter L. Sygnator, hereby moves this court to release the funds deposited with this court by the plaintiff SUN LIFE ASSURANCE COMPANY OF CANADA (US), plus any interest collected, payable to:

"Peter L. Sygnator" and mail same to Mr. Sygnator at:
68 Chilson Street
Springfield, MA 01118-2124.

    As grounds the defendant represents to the court that the parties have resolved this matter outside of court and the parties agree that the funds shall be payable to Peter L. Sygnator. The plaintiff has been dismissed from this case and the Defendant Maryanne Bronson assents to this motion.

8/8/07
_____
Date

The Defendant Peter L. Sygnator

By, Michael E. Mulcahy, his atty
Brooks Sanborn Mulcahy, LLP
1537 Main Street # 305
Springfield MA 01103
Tel 413-734-2156
Fax 413-731-8924
BBO: 561824
EMAIL: mem@bsmllplaw.com

Assented-to by the Defendant Maryanne Bronson

_DJO by her per Assent_      _8/8/07_
By Daniel J. O'Connell her atty      Date
75 Market Place Springfield, MA 01103
Tel 413 733-9111
Fax 413 733-9888
BBO # 550633
Email: doconnell@ocpllaw.com

## CERTIFICATE OF SERVICE

On August 8, 2007 I, Michael E. Mulcahy hereby certify that I served a copy of this pleading upon all interested parties by mailing, - a copy of same to:

Atty Kristina Allaire, Mirick O'Connell et al 100 Front St., Worc., MA 01608 (fax 508-791-8502) and

Atty Daniel O'Connell, O'Connel & Plumb ~~1500 Main Street~~ 75 Market Pl, SPFLD, MA 01103 (fax 413-733-9888)

_Michael E. Mulcahy_
Michael E. Mulcahy