UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUN LIFE ASSURANCE COMPANY
OF CANADA,
    PLAINTIFF

v.                                                                                       CA 05-30165-MAP

PETER L. SYGNATOR, ET AL,
    Defendants

ORDER OF DISBURSEMENT

August 8, 2007

PONSOR, D.J.

    Having allowed the defendant's motion for disbursement of funds, it is hereby ordered that the Clerk disburse all funds on deposit plus any accrued interest to Peter L. Sygnator, 68 Chilson St., Springfield, MA 01118-2124.

    It is so ordered.

                                              /s/Michael A. Ponsor
                                              United States District Judge